NORMA GATES, Respondent, *v.* JAMESTOWN MOTOR BUS TRANSPORTATION COMPANY, Appellant.

Argued April 11, 1951; decided May 17, 1951.

*Reid S. Moule* and *Clive L. Wright* for appellant.

*Clarence G. Pickard* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.